DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Donna Virakitti

       **Plaintiff,**

vs.                              Civil No. 06-cv-00337-HO

**Commissioner of Social Security**

       **Defendant.**         **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$5.07**, costs in the amount of **$7.70**, and attorney's fees in the amount of **$3235.39** for total in the amount of **$3248.16**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 17th day of Jan, 2007.

_Michael C. Hogan_
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**